DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**OLGA QUIJANO** and **JOSE LUIS DE VIVO**,
Appellants,

v.

**HSBC BANK NATIONAL ASSOCIATION**,
Appellee.

No. 4D2025-1652

[April 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. 062009CA062295AXXXCE.

Olga Quijano and Jose Luis De Vivo, Davie, pro se.

Anthony J. Calenzo of Troutman Pepper Locke, Atlanta, Georgia, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***